

# THE ATTORNEY GENERAL

# OF TEXAS

AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

November 4, 1975

The Honorable Bob Armstrong
Commissioner
General Land Office
Austin, Texas 78701

Opinion No. H- 732

Re: Whether fees charged for certificates of fact are appropriated to the General Land Office.

Dear Mr. Armstrong:

You have requested our opinion concerning whether receipts from preparation of certificates of fact are appropriated to the General Land Office.

Article 5, section 60 of the Appropriations Act provides:

> PUBLICATION AND SALE OF PRINTED MATTER OR RECORDS. Any moneys appropriated by this Act within the discretion of the head of each department or agency may be used for the publication and distribution of any notice, pamphlet, booklet, rules, regulations, or other matters of public interest, including agency records, the subject matter of which is directly related to the statutory responsibilities of the respective department or agency.
>
> Any moneys received and collected from any charges specifically authorized by statute for such publications or records are hereby appropriated to the respective department or agency issuing the publications, for use during the biennium in which the receipts are collected. The State Comptroller is to credit such receipts to the like appropriation item or items from which printing costs are paid. (Emphasis added. ) Acts 1975, 64th Leg., ch. 743, art. 5,§ 60.

Article 3722, V. T. C. S., requires the General Land Office to furnish persons certificates of fact concerning its records and their contents. Article 3918, V. T. C. S., provides that "[t]he Land Commissioner is authorized and required to charge, for the use of the state," certain fees for certificates of fact. See also V. T. C. S. art. 4413(33).

In our view certificates of fact constitute a form of "agency records" within article 5, section 60 of the Appropriations Act. Accordingly, those charges "specifically authorized by statute for such. . .records" are appropriated to the General Land Office.

## SUMMARY

Charges for Certificates of Fact which
are specifically authorized by article 3918
are appropriated to the General Land Office.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jad: